# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: MODIFICATION OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 10th JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:  NO. 448
:
:  MAGISTERIAL RULES DOCKET
:
:

## ORDER

**PER CURIAM**

     **AND NOW,** this 22nd day of October, 2020, upon consideration of the Request of the President Judge of the Tenth Judicial District (Westmoreland County) to eliminate Magisterial District 10-3-11 and reconfigure Magisterial Districts 10-2-08 and 10-3-10 of the Tenth Judicial District (Westmoreland County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Request is granted. This Order is effective January 8, 2021.

     Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 10-2-08<br>Magisterial District Judge Michael R. Mahady | Latrobe Borough<br>Unity Township<br>Youngstown Borough<br>Mt. Pleasant Township (Voting Districts Ridgeview, Mammoth, United, Westmoreland, and Homestead) |
| Magisterial District 10-3-10<br>Magisterial District Judge Charles D. Moore | Hunker Borough<br>Mt. Pleasant Borough<br>New Stanton Borough |

Scottdale Borough
East Huntingdon Township
Hempfield Township (Voting District New Stanton)
Mt. Pleasant Township (Voting Districts Bridgeport, Duncan, Hecla, Laurel, Pleasant Valley and Spring Garden)
South Huntingdon Township (Voting Districts Hixson, Jacobs Creek, Mineral, Port Royal, South Huntingdon, Wyano, and Yukon)